UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID ANTHONY DEAN,    ) No. EDCV 24-0973-MWC (JPR)
                      )
          Petitioner, ) **ORDER ACCEPTING MAGISTRATE**
                      ) **JUDGE'S REPORT AND RECOMMENDATION**
     v.               )
                      )
UNKNOWN,              )
                      )
          Respondent. )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's letter and two separate "Notices" filed after the R. & R. was filed. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted.
2. The Petition is dismissed without prejudice.
3. Petitioner's motions to amend and requests to issue subpoenas are denied as moot.
4. Judgment be entered consistent with this order.

5.   The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: <u>December 6, 2024</u>

_____
MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE