JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN, | Case No. EDCV 24-0973-MWC (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 6, 2024

_____
MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE